IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL MARTINS, individually and on behalf of others similarly situated,

    Plaintiff,

v.

FLOWERS FOODS, INC., FLOWERS BAKING CO. OF BRADENTON, LLC, and FLOWERS BAKING CO. OF VILLA RICA, LLC,

    Defendants.

Case No.:  8:16-cv-03145-MSS-JSS

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), and in compliance with this Court's Order [Doc. 6], I certify that the instant action:

  __X__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

| | **Party Name** | **Court** | **Case No.** | | **Date Filed** |
|---|---|---|---|---|---|
| 1. | Flowers Foods, Inc. (Dft) | ncedce | 7:2016-cv-00233 | 710 | 06/23/2016 |
| 2. | Flowers Foods, Inc. (Dft) | paedce | 2:2016-cv-02581 | 710 | 05/24/2016 |
| 3. | Flowers Foods, Inc. (Cc) | nysdce | 7:2016-cv-03439 | 710 | 05/09/2016 |
| 4. | Flowers Foods, Inc. (Dft) | nysdce | 7:2016-cv-03439 | 710 | 05/09/2016 |
| 5. | Flowers Foods, Inc. (Cc) | txsdce | 4:2016-cv-00245 | 710 | 01/28/2016 |
| 6. | Flowers Foods, Inc. (Dft) | txsdce | 4:2016-cv-00245 | 710 | 01/28/2016 |
| 7. | Flowers Foods, Inc. (Dft) | gandce | 3:2015-cv-00187 | 710 | 12/04/2015 |
| 8. | Flowers Foods, Inc. (Dft) | vtdce | 5:2015-cv-00254 | 710 | 12/02/2015 |
| 9. | Flowers Foods, Inc. (Dft) | paedce | 2:2015-cv-06391 | 710 | 12/01/2015 |
| 10. | Flowers Foods, Inc. (Dft) | ncwdce | 3:2012-cv-00596 | 710 | 09/12/2012 |
| 11. | Flowers Foods, Inc. (Dft) | almdce | 3:2007-cv-00617 | 710 | 07/02/2007 |

    _____   IS NOT        _____

                                             _____
                                             _____.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this **21st** day of **November**, **2016**.

                                        Respectfully submitted,

                                        /s/ Carlos V. Leach
                                        **Carlos V. Leach**
FL Bar No.: 0540021
**MORGAN & MORGAN, P.A.**
20 N. Orange Avenue
Wells Fargo Building, 14th Floor
Post Office Box 4979
Orlando, Florida 32802-4979
Main Tel.:       (407) 420-1414
Direct Fax:     (407) 245-3341
Email: CLeach@forthepeople.com

**Andrew. R. Frisch**
FL Bar No.: 27777
**MORGAN & MORGAN, P.A.**
600 N. Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone:     (954) 318-0268
Facsimile:      (954) 333-3515
E-mail: AFrisch@forthepeople.com
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** a true and correct copy of the foregoing was filed this **21st** day of **November**, **2016**, with the Clerk of Court using the CM/ECF system and a copy of same was sent via U.S. Mail to:

**Defendant, Flowers Foods, Inc.**
c/o Corporation Service Company, as Registered Agent
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092

**Defendant, Flowers Baking Co. of Brandenton, LLC**
c/o Corporation Service Company, as Registered Agent
1201 Hays Street
Tallahassee, Florida 32301-2525

**Defendant, Flowers Baking Co. of Villa Rica, Inc.**
c/o CT Corporation System, as Registered Agent
1201 Peachtree Street, N.E.
Atlanta, Georgia 30361

Respectfully submitted,

/s/ Carlos V. Leach
Carlos V. Leach, Esq.
F. B. No.: 540021
**MORGAN & MORGAN, P.A.**