IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **DANIEL MARTINS, individually and on behalf of others similarly situated,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**FLOWERS FOODS, INC., FLOWERS BAKING CO. OF BRADENTON, LLC, and FLOWERS BAKING CO. OF VILLA RICA, LLC,**<br><br>        **Defendants.** | Case No.:  8:16-cv-03145-MSS-JSS |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE VERIFIED ANSWERS TO COURT'S INTERROGATORIES**

Plaintiff, DANIEL MARTINS, on behalf of himself and all others similarly situated, (hereinafter referred to as "Plaintiff"), hereby moves for an extension through and including December 9, 2016, in order to file Answers to Court's Interrogatories, and as ground thereof states as follows:

1.  Plaintiff initiated this action on November 8, 2016 [Doc. 1], asserting claims under the Fair Labor Standards Act of 1938, and seeking to certify this matter as a collective action.

2.  On November 18, 2016, the Court entered its FLSA Scheduling Order [Doc. 8] directing the Plaintiff file their answers the Court's Interrogatories within fourteen (14) days from the date of service of the Complaint.

3.  Although two of the three named Defendants; Flowers Baking Co. of Bradenton, LLC and Flowers Foods, Inc., have been served, prescribing for Answers to

Court's Interrogatories to be due on November 25, 2016 and November 28, 2016, respectively, service has yet to be effectuated on the third named Defendant, Flowers Baking Co. of Villa Rica, LLC.

4. Additionally, several of the Opt-In Plaintiffs, are professional over-the-road drivers and have found themselves under duress in order to comply with the Court's Order.

5. Furthermore, several other Opt-In Plaintiffs are away for the holiday on pre-scheduled, pre-planned family vacations and have also found themselves in duress in complying with the Court's Order.

6. Therefore, Plaintiff, on behalf of himself and on behalf of others similarly situated respectfully requests this Court grant an enlargement of time of one week, through and including December 9, 2016, in order for Plaintiff and Opt-in Plaintiffs to file their respective Answers to Court's Interrogatories.

7. The proposed extension shall not affect any of the named Defendants as they have yet to file an appearance with the Court.

8. Furthermore, the proposed extension shall not affect any other deadlines

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides that when an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion, with or without motion or notice, order the period enlarged if such a request is made before the expiration of the period originally prescribed or as extended by previous order.

Rule 16 of the Federal Rules of Civil Procedure provides that once entered, the scheduling order "may be modified only for good cause and with the judge's consent." *See* Fed. R. Civ. P. 16(b)(4).

In this instant matter, Plaintiff and Opt-In Plaintiffs require additional time in order to gather information and formulate their respective Answers to Court's Interrogatories. An enlargement of time through and including December 9, 2016 will allow ample time to complete all Plaintiffs' Answers to Court's Interrogatories. Plaintiff and Opt-In Plaintiffs maintain that good cause has been shown in order to enlarge the Court's deadline.

## CONCLUSION

For the above-reasons, Plaintiff respectfully requests this Court grant the relief sought in this Motion and extend the deadline for Plaintiff and Opt-In Plaintiffs to file Answers to this Court's Interrogatories through and including December 9, 2016.

## CERTIFICATION

Plaintiffs' counsel certifies that none of the named Defendants have made an appearance or filed a responsive pleading to Plaintiff's Complaint [Doc. 1] whereby Plaintiffs' counsel is unable to confer with any counselor(s), pursuant to Local Rule 3.01(g), regarding the relief sought in this Motion.

[*Signatures on Following Page*]

Dated this 23rd day of November, 2016.

    Respectfully submitted,

    s/ Carlos V. Leach
    **Carlos V. Leach**
    FL Bar No.: 0540021
    **MORGAN & MORGAN, P.A.**
    20 N. Orange Avenue
    Wells Fargo Building, 14th Floor
    Post Office Box 4979
    Orlando, Florida 32802-4979
    Main Tel.: (407) 420-1414
    Direct Fax: (407) 245-3341
    Email: CLeach@forthepeople.com

    **Andrew. R. Frisch**
    FL Bar No.: 27777
    **MORGAN & MORGAN, P.A.**
    600 N. Pine Island Road, Suite 400
    Plantation, Florida 33324
    Telephone: (954) 318-0268
    Facsimile: (954) 333-3515
    E-mail: AFrisch@forthepeople.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the foregoing was filed this 23rd day of November, 2016, with the Clerk of Court using the CM/ECF system and a copy of same was sent via U.S. Mail to:

| | |
|---|---|
| **Defendant, Flowers Foods, Inc.**<br>c/o Corporation Service Company, as Registered Agent<br>40 Technology Parkway South, Suite 300<br>Norcross, Georgia 30092 | **Defendant, Flowers Baking Co. of Brandenton, LLC**<br>c/o Corporation Service Company, as Registered Agent<br>1201 Hays Street<br>Tallahassee, Florida 32301-2525 |

**Defendant, Flowers Baking Co. of Villa Rica, Inc.**
c/o CT Corporation System, as Registered Agent
1201 Peachtree Street, N.E.
Atlanta, Georgia 30361

        Respectfully submitted,

        s/ Carlos V. Leach
        Carlos V. Leach, Esq.
        F. B. No.: 540021
        **MORGAN & MORGAN, P.A.**