# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DANIEL MARTINS, individually and on behalf of others similarly situated,**

    **Plaintiff,**

v.

Case No. 8:16-cv-3145-MSS-JSS

**FLOWERS FOODS, INC., FLOWERS BAKING CO OF BRADENTON, LLC, FLOWERS BAKING CO. OF VILLA RICA, LLC, FLOWERS BAKING CO. OF MIAMI, LLC, FLOWERS BAKING CO. OF JACKSONVILLE, LLC, and FLOWERS BAKING CO. OF THOMASVILLE, LLC,**

    **Defendants.**

_____/

## ORDER ON DISCOVERY

**THIS CAUSE** comes *sua sponte* before the undersigned as a result of the parties' verbal representations made during a motion hearing held on July 23, 2020, regarding the progression of discovery. The parties appear to agree that there remains substantial discovery to be completed (both written discovery and depositions) and that there has not been much progression with discovery due to, at least in part, disputes between them regarding the proper scope of discovery. The undersigned put both sides on notice that, in order to facilitate the parties' efforts to timely complete discovery by the September 30, 2020 deadline, an Order would likely follow requiring the parties to meet and confer regarding their plan for discovery

FP 38328711.1

moving forward and sharing that plan with the undersigned. In furtherance thereof, the undersigned hereby **ORDERS** the following:

1. By **no later than August 11, 2020**, the parties must meet and confer to develop a written plan that identifies: (a) the specific written discovery that remains outstanding as of that date; (b) the depositions (the number and deponents by name) that remain outstanding as of that date; (c) any agreements with respect to dates by which any outstanding written discovery will be provided; (d) any agreements as to the dates on which any outstanding depositions will occur; (e) any disagreements between the parties regarding discovery that either side believes impacts the parties' ability to progress discovery forward; (f) whether there is a need for a status conference before the Special Master on any discovery issue (including five mutually agreeable dates for the conference to occur); (g) whether the parties foresee any issue with completing discovery by September 30, 2020; and (h) any other issues pertaining to discovery that need to be brought to the attention of the Special Master.

2. By **no later than August 13, 2020**, the parties shall submit and file their written plan, which should be signed by a representative of each of the parties to the case.

3. The parties shall submit a written status report containing any *updates* to the information set forth in paragraph 1 above on or before **August 27, 2020**.

4. The parties shall appear before the undersigned for a telephonic status conference on **Tuesday, September 1, 2020**, at **11:00 a.m.** (or such other time that is agreeable to the parties and the undersigned). The parties should be prepared to

discuss the status of discovery and any of the information set forth in the August 27th report.  Should either party or the parties collectively determine that a status conference is necessary prior to September 1, 2020, the parties are directed to *jointly* contact the Special Master through her assistant Christine Pisarich (telephone: (813) 769-7504; email: cpisarich@fisherphillips.com) to request a conference.

5. As discussed previously, should either party or the parties collectively reasonably and in good faith believe that a discovery dispute requires a hearing, the parties should follow the same process identified in paragraph 4 above.

**DONE** AND **ENTERED** in Tampa, Florida, this 4th day of August, 2020.

_____
LAKISHA M. KINSEY-SALLIS
APPOINTED SPECIAL MASTER

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party