## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DANIEL MARTINS, individually and
on behalf of others similarly situated,**

      **Plaintiff,**

**v.**                                  **Case No: 8:16-cv-3145-MSS-JSS**

**FLOWERS FOODS, INC.,
FLOWERS BAKING CO. OF
BRADENTON, LLC, FLOWERS
BAKING CO. OF VILLA RICA,
LLC, FLOWERS BAKING CO. OF
MIAMI, LLC, FLOWERS BAKING
CO. OF JACKSONVILLE, LLC, and
FLOWERS BAKING CO. OF
THOMASVILLE, LLC,**

      **Defendants.**

_____

## ORDER

**THIS CAUSE** comes before the Court on remand from the Eleventh Circuit. (Dkts. 337, 350) On July 9, 2021, the Eleventh Circuit vacated this Court's Order denying Defendants' motion to compel arbitration and remanded for further consideration in light of Hamrick v. Partsfleet, LLC, 1 F.4th 1337 (11th Cir. 2021). (Dkt. 337) As the Eleventh Circuit explained, Hamrick "held that the FAA's transportation-worker exemption applies only if the worker belongs to a class of workers in the transportation industry and the class of workers actually engages in foreign or interstate commerce." (Id.)

Following the issuance of the panel opinion in <u>Hamrick</u>, the plaintiff in that case filed a petition for rehearing *en banc*, which remains pending as of the date of this Order. (Dkt. 338-1) Accordingly, it is hereby **ORDERED** as follows:

1. The Court will defer reconsidering its Order denying Defendants' motion to compel arbitration, (Dkt. 235), until the Eleventh Circuit disposes of the rehearing petition in <u>Hamrick</u>.

2. The Parties shall promptly file a notice with the Court upon the Eleventh Circuit's disposition of the rehearing petition in <u>Hamrick</u>. At that time, the Court will, if appropriate, set a briefing schedule to allow the Parties to address the impact of <u>Hamrick</u> on Defendants' motion to compel arbitration.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of August 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person