UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL MARTINS, individually and on behalf of others similarly situated,

    Plaintiff,

vs.                                                CASE NO.:  8:16-cv-03145-MSS-JSS

FLOWERS FOODS, INC., FLOWERS BAKING CO. OF BRADENTON, LLC, FLOWERS BAKING CO. OF VILLA RICA, LLC, FLOWERS BAKING CO. OF MIAMI, LLC, FLOWERS BAKING CO. OF JACKSONVILLE, LLC, and FLOWERS BAKING CO. OF THOMASVILLE, LLC,

    Defendants.
_____

**PLAINTIFF'S REPLY IN FURTHER SUPPORT OF HIS NOTICE OF FILING SUPPLEMENTAL AUTHORITY OF LAW REGARDING DEFENDANTS' MOTION TO DECERTIFY [D.E. 317]**

In their Response to Plaintiffs' Notice of Filing Supplemental Authority of Law Regarding Defendants' Motion to Decertify [D.E. 370], Defendants attempt to distinguish *Carr*, but are unable to meaningfully do so given the stark similarities with the case at bar.

Here, the Parties have stipulated that each Plaintiff's use of personal vehicles is virtually identical to one another, and to that of the Flower's Distributors in *Carr*. *Compare* Stipulation, D.E. 325-43 at ¶¶ 3, 7-8 ("A 'pull-up day' for purposes of this Stipulation is defined as any Wednesday or Sunday of any week. . . in servicing their

distributorships, each of the Distributors and/or their helpers regularly drives such personal vehicles each week on pull-up days. . . The parties stipulate that the weight or gross vehicle weight rating ('GVWR') of such personal vehicles is less than 10,000 pounds."); *with Carr v. Flowers Foods, Inc. et al.,* 2019 WL 2027299, *7 (E.D. Pa.) (holding drivers similarly situated with regard to Motor Carrier Act inquiry where plaintiffs submitted evidence that they use a personal vehicle below the 10,000 pound threshold to complete work for Flowers on the two days out of the week that they perform pull-ups.).

In light of the Parties' stipulation in this regard, *Carr* is virtually indistinguishable from the case at bar.

Dated:  June 29, 2022

                                        Respectfully submitted,

                                        /s/ Andrew R. Frisch
                                        Andrew R. Frisch
                                        FL Bar No.: 27777
                                        Chanelle J. Ventura
                                        FL Bar No.:1002876
                                        MORGAN & MORGAN, P.A.
                                        8151 Peters Road, Suite 4000
                                        Plantation, Florida 33324
                                        Telephone:   (954) WORKERS
                                        Facsimile:    (954) 327-3013
                                        AFrisch@forthepeople.com

                                        ***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 29th day of June, 2022, which I understand will send a notice of same to all counsel of record.

*/s/ Andrew R. Frisch*
Andrew R. Frisch
