# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE MARY S. SCRIVEN

| CASE NO. 8:16-cv-3145-MSS-JSS | DATE: April 4, 2023 |
|---|---|
| TITLE: **Martins v. Flowers Foods Inc., et al.** | |
| TIME: 11:36 AM – 12:51 PM | TOTAL: 1 hour, 15 minutes |
| Courtroom Deputy: Kristin Carreon | Court Reporter: David Collier |
| Counsel for Plaintiff(s): Andrew Frisch; Chanelle Ventura | |
| Counsel for Defendant(s): Garner Sanford | |
| Special Master: LaKisha M. Kinsey-Sallis | |

### *CLERK'S MINUTES: PROCEEDINGS OF VIRTUAL STATUS CONFERENCE*

Court in session and counsel identified for the record. All parties appear via Zoom videoconference.

The Court conducted this status conference based on Plaintiff's request. The Court and the parties discussed the pending motions referenced in Plaintiff's motion for status conference. (Dkt. 376).

For the reasons stated on the record, the parties are directed to submit to the Court a complete list of all active individuals remaining in the case as well as identifying individuals dismissed by the Court's previous order.

The parties shall also file supplemental briefs on the Eleventh's Circuit order, as stated on the record.

Order to follow separately with deadlines specified.

Court adjourned.